IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANNON COLLEEN PORTER, | ) |
| Plaintiff, | ) CASE NO. 1:16-CV-01258-WTL-MPB |
| v. | ) |
| IMC CREDIT SERVICES, INC. d/b/a STATEWIDE CREDIT ASSOCIATION, INC., | ) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Shannon Colleen Porter, by counsel and Defendant, IMC Credit Services, Inc. d/b/a Statewide Credit Association, Inc., by counsel, jointly stipulate and move this Court to dismiss this cause of action against the Defendant with prejudice.

| CONSUMER LAW PARTNERS, LLC | KIGHTLINGER & GRAY, LLP |
|---|---|
| /s/ Nathan C. Volheim | /s/ Peter A. Velde |
| Nathan C. Volheim | Peter A. Velde |
| David S. Klain | Attorney I.D. No.: 949-49 |
| Consumer Law Partners, LLC | One Indiana Square, Suite 300 |
| 435 North Michigan Avenue, Suite 1609 | 211 North Pennsylvania Street |
| Chicago, IL  60611 | Indianapolis, IN  46204 |
| Email: nate.v@consumerlawpartners.com | Email: pvelde@k-glaw.com |
| Email: davidklain@aol.com | |

160793\3421427-1