IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANNON COLLEEN PORTER, | ) |
| Plaintiff, | ) CASE NO. 1:16-CV-01258-WTL-MPB |
| v. | ) |
| IMC CREDIT SERVICES, INC. d/b/a STATEWIDE CREDIT ASSOCIATION, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff, Shannon Colleen Porter, by counsel and Defendant, IMC Credit Services, Inc. d/b/a Statewide Credit Association, Inc., by counsel, having filed with this Court their Joint Motion to Dismiss With Prejudice, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 8/18/16

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Peter A. Velde
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204
Email:  pvelde@k-glaw.com

Nathan C. Volheim
David S. Klain
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, IL  60611
Email:  nate.v@consumerlawpartners.com
Email:  davidklain@aol.com